IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROSIE MARTIN**                                                                                           **PLAINTIFF**

v.                                           No. 5:13CV03 KGB

**DR. DANNY HAZELWOOD, individually and**
**as Superintendent of Schools of the**
**Watson Chapel School District No. 24; the**
**WATSON CHAPEL SCHOOL DISTRICT NO. 24,**
**a public body corporate; et al.**                                                                **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss with prejudice based on settlement is granted (Dkt. No. 8), and this matter is hereby dismissed with prejudice.

SO ORDERED this 12th day of August, 2013.

_____
Kristine G. Baker
United States District Judge